UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02972-GPG-NRN

SABRINA DITMORE and SCOTT
DITMORE, individually and on behalf of
all similarly situated persons,

    Plaintiffs,

v.

WAKEFIELD & ASSOCIATES, LLC

    Defendants.

## CITIZENSHIP DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Plaintiffs Sabrina Ditmore and Scott Ditmore (collectively, "Plaintiffs") in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement and must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to a federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

Plaintiff Sabrina Ditmore, Blount County, Tennessee

Plaintiff Scott Ditmore, Blount County, Tennessee

A supplemental disclosure statement will be filed upon any change in the information provided herein.

| | |
|---|---|
| Dated: September 23, 2025 | By: */s/ Grayson Wells* |
| | Grayson Wells<br>J. Gerard Stranch, IV<br>Miles Schiller*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: 615-254-8801<br>gwells@stranchlaw.com<br>gstranch@stranchlaw.com<br>mschiller@stranchlaw.com |
| | Attorneys for Plaintiffs |
| | **Pro Hac Vice* forthcoming |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Grayson Wells*
Grayson Wells